EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------------X
SANDWICH ISLES COMMUNICATIONS, INC.,
GOLD IVORY, LLC, HEALII HEINE and GARY         Case No.: 1:10 CV 02341
JOHNSTON,                                      AFFIDAVIT OF SERVICE

                           Plaintiff(s),

    -against-

NATIONAL EXCHANGE CARRIER ASSOCIATION,

                        Defendant(s).
-------------------------------------------------------------------------X
STATE OF NEW JERSEY   )
                           :s.s.:
COUNTY OF BERGEN      )

        TED CORDASCO, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New Jersey.

        I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Action; Complaint; Civil Cover Sheet and Rule 7.1 Statement, for the above entitled-action to be served upon National Exchange Carrier Association, defendant herein named.

        On the 4th day of January, 2011, at approximately 2:45 p.m. at 820 Bear Tavern Road, West Trenton, New Jersey, I served true copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and RULE 7.1 STATEMENT, in the above-entitled action, upon THE CORPORATION TRUST COMPANY, registered agent for NATIONAL EXCHANGE CARRIER ASSOCIATION, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned

documents with Marge Phillips.  At time of service, Ms. Phillips identified herself as the Senior Corporate Operations Specialist for The Corporation Trust Company, who are the registered agents and are authorized to accept service of process for National Exchange Carrier Association.

Ms. Phillips is a Caucasian female, approximately 61 years of age, 5'8" tall, 150 lbs with light hair and light eyes.

Sworn to before me this
5th day of January, 2011

_____
NOTARY PUBLIC

_____
TED CORDASCO

ROBERT H. CTALB
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013