AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| SANDWICH ISLES COMMUNICATION, INC., et al., <br> *Plaintiff* <br> v. <br> NATIONAL EXCHANGE CARRIER ASSOCIATION, <br> *Defendant* | ) <br> ) <br> )   Case No.   10:1-CV-02341-EGS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant National Exchange Carrier Association

Date:   01/18/2011

*Attorney's signature*

Andrew C. Bernasconi (D.C. Bar No. 484614)
*Printed name and bar number*

Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, DC 20005
*Address*

abernasconi@reedsmith.com
*E-mail address*

(202) 414-9200
*Telephone number*

(202) 414-9299
*FAX number*