UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDWICH ISLES COMMUNICATION, INC. | ) | |
| 1003 Bishop Street | ) | |
| Pauahi Tower 27th Floor | ) | |
| Honolulu, Hawaii 96813 | ) | |
| | ) | |
| GOLD IVORY LLC | ) | No. 10:1-CV-02341-EGS |
| 1003 Bishop Street | ) | |
| Pauahi Tower 27th Floor | ) | |
| Honolulu, Hawaii 96813 | ) | |
| | ) | |
| HEALII HEINE | ) | |
| 2038 Haalelea Place | ) | |
| Honolulu, Hawaii 96813 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HARRY JOHNSTON | ) | |
| 2332 Kaululaau Street | ) | |
| Honolulu, Hawaii 96813 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL EXCHANGE CARRIER | ) | |
| ASSOCIATION | ) | |
| 80 South Jefferson Road | ) | |
| Whippany, New Jersey, 07981, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, Andrew C. Bernasconi, the undersigned counsel of record for National Exchange Carrier Association, Inc. ("NECA"), certify that to the best of my knowledge and belief:

(1) NECA has no parent corporation; and

2

    (2)    No publicly held corporation owns 10 percent or more of NECA's stock.

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

        <u>/s/ Andrew C. Bernasconi</u>
        Andrew Bernasconi (D.C. Bar No. 484614)
        Judith L. Harris
        Reed Smith, LLP
        1301 K Street, N.W.
        East Tower
        Washington, D.C. 20005
        (202) 414-9200
        (202) 414-9299 (fax)
        abernasconi@reedsmith.com

        Attorney for National Exchange Carrier Association, Inc.

Dated:  January 18, 2011

## CERTIFICATE OF SERVICE

 I hereby certify that I have on this 18th day of January, 2011, caused a copy of the foregoing "Certificate Required by Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia" to be served by CM/ECF and by electronic mail upon the following:

James A. Stenger (No. 256750)
Chadbourne & Parker, LLP
Attorneys for Plaintiffs
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5600
jtstenger@chadbourne.com

         /s /Andrew C. Bernasconi
         Andrew C. Bernasconi