# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDWICH ISLES COMMUNICATION, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NATIONAL EXCHANGE CARRIER ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

No. 10:1-CV-02341-EGS

NOTICE OF APPEARANCE OF COUNSEL FOR NATIONAL EXCHANGE CARRIER ASSOCIATION, INC.

## NOTICE OF APPEARANCE OF COUNSEL FOR NATIONAL EXCHANGE CARRIER ASSOCIATION, INC.

PLEASE TAKE NOTICE of the appearance of Gregory Jon Vogt of the Law Offices of Gregory J. Vogt, PLLC, as lead counsel for the Defendant in this matter. Mr. Vogt became a member of the Court on February 7, 2011.

YOU ARE HEREBY REQUESTED to serve copies of all future pleadings, motions, orders, notices and correspondence to the undersigned at the address provided below.

DATED this 9th day of February, 2011.

By: /s/ *Gregory J. Vogt*

Gregory J. Vogt (D.C. Bar No. 297937)
Law Offices of Gregory J. Vogt, PLLC
2121 Eisenhower Ave.
Suite 200
Alexandria, VA 22314
(703) 838-0115
gvogt@vogtlawfirm.com

Counsel for National Exchange Carriers Association, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of February, 2011, caused a copy of the foregoing "Notice of Appearance of Counsel for National Exchange Carrier Association, Inc." to be served by CM/ECF and by electronic mail upon the following:

Andrew C. Bernasconi, Esq.
Reed Smith, LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC 20005

Dana Frix
James A. Stenger
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
Tel. (202) 974-5600

Thomas J. McCormack
Robert E. Grossman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100

/s/ *Gregory J. Vogt*

Gregory J. Vogt