# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDWICH ISLES COMMUNICATION, INC., *et al.*, | ) )   No. 10:1-CV-02341-EGS |
| Plaintiffs, | ) ) |
| v. | )   **ORDER DENYING PLAINTIFFS'** )   **MOTION FOR AN ORDER** )   **DIRECTING DEFENDANT TO** |
| NATIONAL EXCHANGE CARRIER ASSOCIATION, | )   **PROCEED WITH DISCOVERY** ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR AN ORDER DIRECTING DEFENDANT TO PROCEED WITH DISCOVERY**

Upon consideration of Plaintiffs' Motion for an Order Directing Defendant to Comply with Discovery Obligations, dated June 1, 2011, it is this _____ day of _____, 2011 hereby

**ORDERED** that the Motion be **DENIED.**

_____
Amy Berman Jackson
United States District Judge

**Persons to be served with this Order**

Dana Frix
James A. Stenger
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
dfrix@chadbourne.com

Thomas J. McCormack
Chadbourne & Parke LLP
30 Rockefeller Plaza New York, NY 10112
tmccormack@chadbourne.com

Gregory J. Vogt (D.C. Bar No. 297937)
Law Offices of Gregory J. Vogt, PLLC
2121 Eisenhower Ave.
Suite 200
Alexandria, VA 22314
gvogt@vogtlawfirm.com

Regina McNeil
Robert Deegan
National Exchange Carrier Association, Inc.
80 South Jefferson Road Whippany, NJ 07981
rdeegan@neca.org

Andrew C. Bernasconi
Judith L. Harris
Reed Smith, LLP
1301 K Street, NW Suite 1100 - East Tower
Washington, DC 20005
abernasconi@reedsmith.com