UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDWICH ISLES COMMUNICATIONS, INC., GOLD IVORY LLC, HEALII HEINE, and HARRY JOHNSTON,<br><br>         Plaintiffs,<br><br>    -against-<br><br>NATIONAL EXCHANGE CARRIER ASSOCIATION,<br><br>         Defendant. | No. 10-cv-02341 (ABJ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Robert E. Grossman is no longer associated with the law firm of Chadbourne & Parke LLP, counsel for Plaintiffs in the above-captioned case, and his appearance is accordingly withdrawn.

Dated: New York, NY
    July 13, 2011

                  CHADBOURNE & PARKE LLP

                  By     /s/    
                     Thomas J. McCormack
                     Attorneys for Plaintiffs
                     30 Rockefeller Plaza
                     New York, NY 10112
                     Tel. (212)-408-5182
                     tmccormack@chadbourne.com

James A. Stenger
Dana Frix

Of Counsel