UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDWICH ISLES COMMUNICATIONS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 10-2341 (ABJ) |
| NATIONAL EXCHANGE CARRIER ASSOCIATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ORDERED that defendant's motion to dismiss is granted. Accordingly, it is ORDERED that plaintiffs' action is dismissed without prejudice. This is a final appealable Order.

_AMY BERMAN JACKSON_
AMY BERMAN JACKSON
United States District Judge

DATE: July 29, 2011